UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAMIAN SHAW,

    Plaintiff,

v.                                            Case No. 3:24cv386-MCR-HTC

NAVY FEDERAL CREDIT UNION,

    Defendant.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated March 7, 2025 (ECF No. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this Order.

2.     Defendant's motion to dismiss (ECF No. 13) is GRANTED.

3. Plaintiff's Title VII claims for race discrimination and hostile work environment are DISMISSED WITH PREJUDICE.

4. The Court declines to exercise supplemental jurisdiction over Plaintiff's defamation claim.

5. The clerk shall close the file.

**DONE AND ORDERED** this 13th day of June 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv386-MCR-HTC